# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| ACP IP, LLC and ARMANDO PEREZ p/k/a PITBULL <br><br> *Plaintiff(s)* <br> v. <br><br> OAKLEY INC., OAKLEY SALES CORP., and LUXOTTICA RETAIL NORTH AMERICA INC. <br><br> *Defendant(s)* | Civil Action No. 15-cv-20488 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUXOTTICA RETAIL NORTH AMERICA INC.
NRAI Services, Inc., Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Rich Vining, Esq.
Friedland Vining, P.A.
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: February 09, 2015

Steven M. Larimore
Clerk of Court

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ACP IP, LLC and ARMANDO PEREZ p/k/a PITBULL <br><br> *Plaintiff(s)* <br><br> v. <br><br> OAKLEY INC., OAKLEY SALES CORP., and LUXOTTICA RETAIL NORTH AMERICA INC. <br><br> *Defendant(s)* | Civil Action No. 15-cv-20488 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> OAKLEY INC.
> NRAI Services, Inc., Registered Agent
> 1200 South Pine Island Road
> Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jaime Rich Vining, Esq.
> Friedland Vining, P.A.
> 1500 San Remo Ave., Suite 200
> Coral Gables, FL 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 09, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ C. Barnes-Butler*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ACP IP, LLC and ARMANDO PEREZ p/k/a PITBULL <br><br> *Plaintiff(s)* <br> v. <br><br> OAKLEY INC., OAKLEY SALES CORP., and LUXOTTICA RETAIL NORTH AMERICA INC. <br><br> *Defendant(s)* | Civil Action No.  15-cv-20488 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OAKLEY SALES CORP.
NRAI Services, Inc., Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jaime Rich Vining, Esq.
Friedland Vining, P.A.
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: February 09, 2015

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court