UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20488-RNS

**ACP IP, LLC**, and
**ARMANDO PEREZ p/k/a PITBULL**,

       Plaintiffs,

v.

**OAKLEY INC.**, **OAKLEY SALES CORP.**, and **LUXOTTICA RETAIL NORTH AMERICA INC.**,

       Defendants.
_____/

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, ACP IP, LLC ("ACP") and Armando Perez p/k/a PITBULL (collectively, "Plaintiffs"), certifies ACP has no parent company and that no publically held company owns more than 5% of its stock.

DATED: February 13, 2015                Respectfully submitted,

                                                **FRIEDLAND VINING, P.A.**

                                                /s/Jaime Rich Vining
                                                By:  David K. Friedland
                                                Florida Bar No. 833479
                                                Email:  dkf@friedlandvining.com
                                                Jaime Rich Vining
                                                Florida Bar No. 030932
                                                Email:  jrv@friedlandvining.com

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier

        1500 San Remo Ave., Suite 200
        Coral Gables, FL 33146
        (305) 777-1720 – telephone
        (305) 456-4922 – facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Oakley Inc.
Oakley Sales Corp.
One Icon
Foothill Ranch, California 92610

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, Ohio 45040

        /s/Jaime Rich Vining
        Jaime Rich Vining

2

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier